IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DALE WILLIAM GILLEY, JR., #182280, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-22-WKW [WO] |
| ALABAMA BOARD OF PARDONS & PAROLES, CLIFF WALKER, EDDIE COOK, JR., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 24, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. #16.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

(2) The motion to dismiss (Doc. # 11) is GRANTED; and

(3) This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 14th day of August, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE